UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **LOBSTER 207, LLC**,<br><br>            **Plaintiff,**<br><br>v.<br><br>**WARREN B. PETTEGROW, et al.**<br><br>            **Defendants.** | Case No. 19-00552-LEW |

## NOTICE OF APPEAL

Notice is hereby given Warren B. Pettegrow hereby appeals to the United States Court of Appeals for the First Circuit from the *Order on Objections and Order Adopting Report and Recommended Decision* entered on November 15, 2023 [ECF No. 513].

/s/ D. Ethan Jeffery
D. Ethan Jeffery (BBO #631941)
Leah A. O'Farrell (BBO #708424)
Murphy & King, P.C.
28 State Street, Suite 3101
Boston, MA 02109
Telephone: (617) 423-0400
Email: ejeffery@murphyking.com
*Counsel for Warren B. Pettegrow*

Dated: December 14, 2023

## CERTIFICATE OF SERVICE

I, D. Ethan Jeffery, hereby certify that on December 14, 2023, a copy of the foregoing Motion was served via this Court's CM/ECF system upon all parties entitled to notice.