UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **LOBSTER 207, LLC,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**WARREN B. PETTEGROW** et al., )<br>)<br>Defendants. ) | Docket No. 1:19-cv-00552-LEW |

### NOTICE OF SETTLEMENT

**NOW COMES,** Plaintiff Lobster 207, LLC, by and through its undersigned attorneys, and hereby provides notice that all parties in the above-referenced matter has reached a tentative global settlement, which they intend to put on the record with the Magistrate Judge during a status conference tomorrow morning at 10:00 am, and that they do not intend to proceed with the jury trial scheduled for January 21, 2025.

Dated at Portland, Maine this 2nd day of January, 2025.

/s/   Thimi R. Mina
Thimi R. Mina

/s/   Alfred C. Frawley IV
Alfred C. Frawley IV

McCloskey, Mina, Cunniff & Frawley, LLC
12 City Center
Portland, Maine 04101
Tel.: 207.772.6805
Fax: 207.879.9375
tmina@lawmmc.com
afrawley@lawmmc.com

*Counsel for Lobster 207, LLC*

## CERTIFICATE OF SERVICE

I, Alfred C. Frawley IV, hereby certify that on this 2nd day of January, 2025, I filed the foregoing **NOTICE OF SETTLEMENT** with the CM/ECF system, which shall send notification of such filing to counsel of record for all parties.

Dated at Portland, Maine, this 2nd day of January, 2025.

/s/   Alfred C. Frawley IV
        Alfred C. Frawley IV

McCloskey, Mina, Cunniff & Frawley, LLC
12 City Center
Portland, Maine
Tel.: 207.772.6805
Fax: 207.879.9375
afrawley@lawmmc.com

*Counsel for Lobster 207, LLC*