UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| LOBSTER 207, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 1:19-CV-00552-LEW |
| | ) | |
| TRENTON BRIDGE LOBSTER POUND, INC., et al., | ) ) | |
| | ) | |
| Defendants | ) | |

**ORDER ON SECOND CONSENT MOTION TO PARTIALLY DISSOLVE TRUSTEE PROCESS ORDER**

The matter is before the Court on a Consent Motion to Partially Dissolve Trustee Process (ECF No. 663). The parties have reached a settlement agreement in this matter and the Motion is in furtherance of their efforts to consummate the agreement. The Motion also complies with the Order Granting Expedited Joint Motion to Approve Global Settlement Agreement (ECF No. 663-1) of the United States Bankruptcy Court for the Southern District of Florida. The Motion requests that the June 3, 2020, Order of Attachment and Trustee Process (ECF No. 75) be dissolved, in part, specifically as to funds in the following Warren Pettegrow Trustee Accounts at Bar Harbor Bank & Trust:

a. Warren B. Pettegrow's Health Savings Account.

b. Account ending in 3434.

c. Account ending in 1537.

d. Account ending in 2479.

  e. Account ending in 2495.

  f. Certificate of Deposit Account ending in 5615.

  The Motion (ECF No. 663) is GRANTED.  The trustee process imposed in the June 3, 2020, Order is dissolved, in part, as to the aforementioned Warren Pettegrow Trustee Accounts.  Bar Harbor Bank and Trust is ordered to release and deliver the funds to Lobster 207 LLC by wire transfer in accordance with instructions to be provided by Lobster 207.  The Court's Order of Attachment and Trustee Process shall remain in effect with respect to any other accounts held at BHB&T.

  SO ORDERED.

  Dated this 28th day of May, 2025.

            /s/ Lance E. Walker
            Chief U.S. District Judge